UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Sorna Corporation

                    Plaintiff,                  Civil Case No. 16-cv-01753

v.

Twinpod, Inc.

                    Defendant.
_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Sorna Corporation ("Sorna") and Defendant Twinpod, Inc. ("Twinpod") (individually a "Party", and collectively the "Parties") hereby notify the Court that the Parties have settled their dispute, and, to that end, have executed a Confidential Settlement/License Agreement ("Settlement/License Agreement"). Pursuant to the Parties' Settlement/License Agreement, the Parties have agreed to the filing of this *Stipulation of Dismissal With Prejudice* and have submitted a proposed order to The Court for its consideration.

Accordingly, based on the foregoing, and pursuant to Federal Rule of Civil Procedure 41(a), the Parties, by and through their respective counsel, agree to dismiss *with prejudice* the above-captioned action, including without limitation any and all complaints, claims, counts, demands and prayers for relief raised or that could have been raised therein, and hereby request that the action be fully and finally terminated.

Each Party shall bear its own attorneys' fees, expenses and costs incurred in connection with the action.

Dated: September 30, 2016          By: /s/ Frank S. Farrell

        **F.S. FARRELL, LLC**
        Frank S. Farrell (MN #28447)
        11522 Welters Way
        Eden Prairie, MN  55347
        Telephone: (952) 222-3129
        frank@fsfarrell.com

        **ATTORNEY FOR PLAINTIFF SORNA**

By: /s/ Dennis Bremer

        **CARLSON, CASPERS, VANDENBURGH & LINDQUIST, PA.**
        Dennis Bremer (MN #299182)
        225 South Sixth Street, Suite 3200
        Minneapolis, MN 55402
        Telephone: (612) 436-9600
        dbremer@carlsoncaspers.com

        **ATTORNEYS FOR DEFENDANT TWINPOD**